USDC SCAN INDEX SHEET











USA

GARCIA

MEG    3/25/98    12:55
3:98-M -00505
*2*
*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __SERGIO A. GARCIA__                     No. __98MG0505__

HON. __JAMES F. STIVEN__  Ctrm Dep __MARIA J. MIRABELLA__  Tape __JFS98-3:6130-6788__

Asst U.S. Attorney __RENEE PALERMO__          PTSO: __JEFF LARSON__

Atty __FEDERAL DEFENDERS by MICHELLE POLLUM__  _X_ Appt (01)(O/R BOND)

PROCEEDINGS:       ____In Chambers      _X_ In Court      ____By Telephone

    First Appearance in San Diego on Notice to Appear.

    Defendant Arraigned on Complaint.
    Oral Consent to Proceed before Magistrate Judge made.
    No plea entered at this time.
    Defendant Release on Own Recognizance. Abstract Issued to U.S.M.

    Government Counsel informs the Court that the Restitution in the amount of $560.00 has been paid in full.
    Defendant to preform 100 hours of community service in his native country of Mexico and provide proof to his counsel prior to **February 25, 1999, at 2:00 p.m.**

    Deferred Prosecution Hearing set for **February 25, 1999, at 2:00 p.m.**
    Defendant need not attend if counsel is in possession of "proof of community service" to present to the Court.

Date __February 25, 1998__

copy to AUSA, FD, PTS

Deputy's Initials

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **Sergio A. Garcia**   No. **98MG0505**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **02-25-98** and ended on **02-25-99**.

3161(h)

| | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for mental or physical incapacity (18:4244) | A |
| ___(1)(B) | NARA examination (28:2902) | B |
| ___(1)(D) | State or Federal trials or other charges | C |
| ___(1)(E) | Interlocutory appeals | D |
| ___(1)(F) | Pretrial motions (from flg to hrg or other prompt dispos) | E |
| ___(1)(G) | Transfers from other districts (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | Proceedings under advisement not to exceed 30 days | G |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___(1)(C) | Deferral of prosecution under 28:2902 | 5 |
| ___(1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___(1)(I) | Consideration by Court of proposed plea agreement | 7 |
| **X** (2) | Prosecution deferred by mutual agreement | I |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M |
| ___(4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___(5) | Period of NARA commitment or treatment | O |
| ___(6) | Superseding indictment and/or new charges | P |
| ___(7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___(8)(A)(B) | Continuances granted per (h)(8) - use "T" alone if more than one of reasons below are given in support of continuance | T |
| ___(8)(B)(i) | 1) Failure to continue would stop further proceedings or result in miscarriage of justice as the defendant and the United States are conducting negotiations for a disposition that may result in the matter not being presented to the Grand Jury. | T1 |
| ___ | 2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. | |
| ___(8)(B)(ii) | 2) Case unusual or complex | T2 |
| ___(8)(B)(iii) | 3) Indictment following arrest cannot be filed in 30 days | T3 |
| ___(8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare | T4 |
| ___3161(i) | Time up to withdrawal of guilty plea | U |
| ___3161(b) | Grand jury indictment time extended 30 more days | W |

Date **02-25-98**

_____
Judge's Initials