USDC SCAN INDEX SHEET










```
ELC    2/26/99    17:44
3:98-M -00505   USA V. GARCIA
*3*
*CRMO.*
```

## Minutes of the United States District Court
## Southern District of California



U.S.A. vs. __SERGIO A. GARCIA__ ( 1 ) Crim. No. _____
_____ ( ) Mag. No. __98MG0505__

Magistrate Judge __JAMES F. STIVEN__ Tape No. __JFS99-1:0-79__

Atty __MICHELLE POLOM__ for ( 1 ) __ Apptd __ Rtnd _X_ PDA
Atty _____ for ( ) __ Apptd __ Rtnd __ PDA
Atty _____ Appointed for material witness(es)

___ True name _____

_X_  **Case dismissed on oral motion of Govt With Prejudice**

___ Dft(s) arraigned   ___ Guilty plea   ___ Change plea to guilty   Count(s) _____

___ Juv delinq counts   ___ Denial   ___ Admission

___ Dft(s) sentenced   ___ Custody BOP   for _____

___ Spv prob/release   ___ Unspv prob/release   for _____   ___ Upon conditions, see jgm

___ Fine _____   ___ waived   ___ forthwith   ___ within _____

___ Restitution _____   ___ Payable to _____

___ P/A _____   ___ remitted   ___ forthwith   ___ within _____

___ Pmts of _____   per _____   ___ As determined by _____

___ Remaining cnt(s)/underlying cmp dism   ___ Pending   ___ motions w/drawn   ___ dates vacated

___ Dft(s) ordered removed to _____

___ Forthwith   ___ Dft(s) to appear by _____

___ Spv release   ___ probation   revocation hearing held   Dft(s) ___ Admits   ___ Denies

Ct finds dft(s)  ___ in viol   ___ not in viol   Dft(s) cont on  ___ spv release  ___ prob

___ Spv release   ___ probation   ___ revoked   ___ termed   ___ reinstated

___ Spv release   ___ probation   ___ extended to _____

Bond  ___ exonerated   ___ reinstated   ___ revoked   ___ forfeited   ___ forfeiture set aside

___ M/W(s) ordered released forthwith

**Other:** DEFENDANT NOT APPEARING, WITH PERMISSION OF THE COURT. PROOF OF COMPLETION OF COMMUNITY SERVICE FILED.

**Date:** 02-25-99   **Deputy:** MJM