USDC SCAN INDEX SHEET










```
ELC    2/26/99    17:46
3:98-M -00505   USA V. GARCIA
*4*
*CRLTR.*
```



**PARROQUIA DE NUESTRA SEÑORA DEL PERPETUO SOCORRO**

July 07, 1998

To : U.S. DISTRICT ATTORNEY

This letter is to certify that Mr. SERGIO A. GARCIA has successfully satisfied the 100 hours of community service under my supervision. Mr. GARCIA has done a variety of tasks, such as elderly care, community improvement work and free English lessons.

On completing his obligated hours Mr. Garcia has committed himself to continue his work for his own self-improvement and to give back to the community to which he now belongs to.

In conclusion, I hereby acknowledge and certify these 100 hours of community service done by Mr. SERGIO A. GARCIA.

*J. González M. Pbro.*
Sincerely Yours,

Father Ignacio Gonzalez Molina

27 PONIENTE 121     COLONIA EL CARMEN     C.P. 72530 PUEBLA
TELS. 40 - 22 - 41,     40 - 94 - 83     FAX. 40 - 61 - 97.